UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
CRISTIAN GARCIA

            v

CITY OF NEW YORK et ano
-------------------------------------------------X

<u>ORDER</u>
CV11-2284

**Jack B. Weinstein, Senior United States District Judge**

       For the reasons stated orally on the record, the Report and Recommendation of the

Magistrate Judge dated July 17, 2013, is adopted in its entirety.


SO ORDERED

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE


Dated: 10/8/13

