UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
CRISTIAN GARCIA

          v

CITY OF NEW YORK et ano
------------------------------------------------X

<u>ORDER</u>
CV11-2284

**Jack B. Weinstein, Senior United States District Judge**

For the reasons stated orally on the record, the Report and Recommendation of the Magistrate Judge dated July 17, 2013, is adopted in its entirety.

SO ORDERED

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 10/8/13

